AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

LAWRENCE FRANKLIN,

      Plaintiff,

**v.**

OFFICER MCNEAL, OFFICER BEST. OFFICER
TAYLOR, MR. BOGGS; OFFICER JENKINS; and
OFFICER BESS,

      Defendants.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER:
      5:24-cv-43

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, based on the Order dated July 1, 2026, the Court grants Defendants' Motion to Dismiss and dismisses without prejudice Plaintiff's Complaint.  The Court denies Plaintiff leave to appeal in forma pauperis and denies as moot Plaintiff's Motion for an Injunction.  This case stands closed.

Approved by: _____
Hon. Benjamin W. Cheesbro
United States Magistrate Judge
Southern District of Georgia

July 2, 2026
_____
*Date*

John E. Triplett, Clerk of Court
_____
*Clerk*

_____
*(By) Deputy Clerk*

GAS Rev 10/2020